**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

MICHAEL A. NELLONS,

    Plaintiff,

v.

MEDICREDIT, INC.,

    Defendant.

Case No. 0:19-CV-62156-RS

## DEFENDANT MEDICREDIT, INC.'S NOTICE OF FILING CIVIL COVER SHEET

Defendant Medicredit, Inc. ("Medicredit"), pursuant to and in accordance with the Clerk's Notice to Filer (Doc. 3), hereby files the Civil Cover Sheet (Form JS-44) pertaining to this Action.

Dated: August 28, 2019

By: /s/ *Scott A. Richards*
Scott A. Richards, Esq.
Florida Bar Number 72657
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Ste. 1000
Orlando, Florida  32801
Telephone:  (407) 244-8226
Facsimile:   (407) 648-9099
Email: srichards@carltonfields.com
Email: atokarz@carltonfields.com

*Attorneys for Defendant Medicredit, Inc.*

119513980.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2019, I served a copy of the foregoing on those identified in the Service List below.

/s/ *Scott A. Richards*
Scott A. Richards, Esq.
Florida Bar Number 72657

## SERVICE LIST

Michael A. Nellons, *pro se*
2329 NW 14th Street
Fort Lauderdale, FL 33311
Via U.S. Mail