UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62156-CIV-SMITH

MICHAEL A. NELLONS,

    Plaintiff,

v.

MEDICREDIT, INC.,

    Defendant.
_____/

## INSTRUCTIONS TO *PRO SE* LITIGANT

*Pro se* litigants shall comply with all Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida.  The Local Rules can be obtained from the Clerk of the Court and may also be found on the Court's internet website, www.flsd.uscourts.gov under "Local Rules."  Failure to comply with the federal and local rules may result in sanctions being imposed against the *pro se* litigant.  Some of the requirements of these rules are as follows:

    1.    Every pleading, motion, memorandum or other paper required and/or permitted to be filed with the Court must be filed directly with the Clerk of the Court.  No letters, pleadings, motions or other documents may be sent directly to the District Judge's or Magistrate Judge's chambers.  Any papers improperly delivered directly to chambers will be returned and disregarded by the Court.

    2.    All papers filed must include the case style, case number, and appropriate title in the format required by the Local Rules.  *See* form available on the Court's website ( www.flsd.uscourts.gov).  The signature block of each pleading must also contain the *pro se* litigant's name, address and telephone number.

3. All papers filed with the Clerk of Court must also be served on the opposing counsel, or the opposing side if the opposing side is not represented by counsel. Each filing must include a certificate of service indicating the name and address of the attorney served.

4. A litigant must <u>promptly</u> notify the Court of any change in address by filing a "Notice of Change of Address," which also must be served on opposing counsel. Failure to promptly notify the Court of any change in address may result in dismissal of the case for lack of prosecution.

5. Unless he or she is admitted to practice before this Court, a *pro se* litigant may not represent another *pro se* litigant or sign pleadings or other documents filed with the Court on behalf of others.

6. Motions to Dismiss and Motions for Summary Judgment are dispositive motions which, if granted, could resolve the case in its entirety. A *pro se* litigant who wishes to oppose these motions must respond in writing within the time periods provided by the rules of procedure. Furthermore, a motion to dismiss may be granted by default if the *pro se* litigant fails to respond.

7. Any litigant and his or her family, friends, or acquaintances may not call any Judge's chambers for legal advice about the case. Brief case status information contained on the docket sheet may be available from the Clerk of Court.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of August, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to:
*Pro se* parties
Counsel of record