**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

MICHAEL A. NELLONS,

    Plaintiff,

v.

MEDICREDIT, INC.,

    Defendant.

Case No. 0:19-CV-62156-RS

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. Proc. 7.1, Medicredit, Inc. ("Medicredit") states as follows:

Medicredit is a wholly-owned subsidiary of The Outsource Group, Inc. No publically held company owns more than 10% of Medicredit's stock.

Dated: September 3, 2019

By: /s/ *Scott A. Richards*
Scott A. Richards, Esq.
Florida Bar Number 72657
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Ste. 1000
Orlando, Florida 32801
Telephone: (407) 244-8226
Facsimile: (407) 648-9099
Email: srichards@carltonfields.com
Email: atokarz@carltonfields.com

*Attorneys for Defendant Medicredit, Inc.*

119553307.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2019, I served a copy of the foregoing on those identified in the Service List below.

/s/ *Scott A. Richards*
Scott A. Richards, Esq.
Florida Bar Number 72657

## SERVICE LIST

Michael A. Nellons, *pro se*
2329 NW 14th Street
Fort Lauderdale, FL 33311
Via U.S. Mail