

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:19-CV-62156-SMITH / VALLE

MICHAEL A. NELLONS,

    Plaintiff,

vs.

MEDICREDIT, INC.,

    Defendants       /

### PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

    Pursuant to Rule 7.1 of Federal Rules of Civil Procedure, Plaintiff, Michael A. Nellons affirms that no subsidiaries, conglomerates, affiliates, parent corporations or publicly held corporations owning 10% or more stock are owned by Plaintiff.

Plaintiff identifies the following parties:

Medicredit, Inc.
Scott A. Richards, Esq,

CARLTON FIELDS, P.A.

Dated: September 6, 2019

                                                Respectfully submitted

                                                Michael A. Nellons
                                                2329 NW 14th Street
                                                Fort Lauderdale, FL 33311
                                                mnellons48@gmail.com
                                                305-748-8332 cell

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court and a copy is being sent to the Defendant listed below.

September 6, 2019

Michael A. Nellons
2329 NW 14th Street
Fort Lauderdale, FL 33311
mnellons48@gmail.com
305-748-8332 cell

## **SERVICE LIST**

Scott A. Richards, Esq.
CARLTON FIELDS, P.A.
200 S. Orange Avenue, STE.1000
Orlando, Florida 32801
srichards@carltonfields.com
407-244-8226