UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-62156-CIV-SMITH

MICHAEL A. NELLONS,

      Plaintiff,

v.

MEDICREDIT, INC.,

      Defendant.

_____/

**PROPOSED SCHEDULING ORDER SETTING
CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **June 1, 2020**.[1] The **Calendar Call** will be held at **9:00 a.m. on Tuesday, May 26, 2020**.[2] The parties shall adhere to the following schedule:[3]

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motion to amend the complaint by | **November 4, 2019** |
| 2. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **April 1, 2020** |
| 3. | Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **December 9, 2019** |
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **December 20, 2019** |

---

[1] In all **Expedited Track** cases (S.D. Fla. L.R. 16.1(a)(2)(A)) and all actions brought pursuant to **the Fair Labor Standards Act, Title III of the Americans with Disabilities Act, the Fair Debt Collection Practices Act, or to recover amounts due on a defaulted student loan**, the Trial *shall occur within <u>nine months of the date Plaintiff(s) filed the action</u>*.

In all **Standard Track** cases (S.D. Fla. L.R. 16.1(a)(2)(B)), the Trial *shall occur within <u>twelve to eighteen months of the date Plaintiff(s) filed the action</u>*.

[2] **Tuesday before Trial date.**

[3] Additionally, in class action cases, the parties should provide proposed deadlines for class discovery and the filing of motions for class certification and/or decertification. In cases arising from administrative agency determinations and/or appeals thereof, the parties should provide a deadline for the filing of the administrative record.

119650491.1

5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by  **January 9, 2020**

6. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by  **November 11, 2019**

7. Fact discovery shall be completed by  **January 2, 2020**

8. Expert discovery shall be completed by  **February 10, 2020**

9. Dispositive motions, including summary judgment and *Daubert*, shall be filed by
   **[at least four months before the date for filing the Pretrial Stipulation]**  **January 3, 2020**

10. Mediation shall be completed by
    **[at least three months before Trial date]**  **March 2, 2020**

11. All pretrial motions and memoranda of law, including motions in limine, shall be filed by
    **[at least one month before Trial date]**
    All motions in limine and the responses shall be limited to one page per issue.  **May 1, 2020**

12. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by
    **[at least one month before Trial date]**
    When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction.  **May 1, 2020**

13. Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by
    **[no later than 48 hours prior to Calendar Call]**  **May 22, 2020**

Submitted this 19th day of September, 2019,

|  |  |
|---|---|
| **By:** /s/Michael A. Nellons<br>**Michael A. Nellons**<br>**2329 NW 14th Street**<br>**Ft. Lauderdale, Florida 33311**<br>**Pro se** | /s/  Scott A. Richards<br>**Scott A. Richards, Esq.**<br>**Florida Bar No. 72657**<br>**CARLTON FIELDS, P.A.**<br>**200 South Orange Avenue,**<br>**Suite 1000**<br>**Orlando, Florida 32801**<br>**Tel: 407-244-8226**<br>**Fax: 407-648-9099**<br>srichards@carltonfields.com<br><br>*Counsel for Medicredit, Inc.* |

119650491.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2019, I served a copy of the foregoing on those identified in the Service List below.

/s/ *Scott A. Richards*
Scott A. Richards, Esq.
Florida Bar Number 72657

## **SERVICE LIST**

Michael A. Nellons, *pro se*
2329 NW 14th Street
Fort Lauderdale, FL 33311
Via U.S. Mail

119650491.1