UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-62156-CIV-SMITH

MICHAEL A. NELLONS,

        Plaintiff,

v.

MEDICREDIT, INC.,

        Defendant.

## NOTICE OF SCHEDULING MEDIATION

The Parties, pursuant to the Court's Order of Referral to Mediation [D.E. 12], hereby provide notice that they have selected Robert McIntosh of Gunther McIntosh, PLLC to act as mediator for this matter. The mediation will take place at the office of Gunther McIntosh, PLLC at 888 SE 3rd Avenue, Suite 201, Ft. Lauderdale, Florida 33316, on December 2, 2019, beginning at 10:00 AM.

Submitted this 11th day of October, 2019,

    /s/Scott A. Richards
    Scott A. Richards, Esq.
    Florida Bar No. 72657
    CARLTON FIELDS, P.A.
    200 South Orange Avenue,
    Suite 1000
    Orlando, Florida 32801
    Tel: 407-244-8226
    Fax: 407-648-9099
    srichards@carltonfields.com

*Counsel for Medicredit, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2019, I served a copy of the foregoing on those identified in the Service List below.

/s/ *Scott A. Richards*
Scott A. Richards, Esq.
Florida Bar Number 72657

## SERVICE LIST

Michael A. Nellons, *pro se*
2329 NW 14th Street
Fort Lauderdale, FL 33311
Via U.S. Mail