UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MICHAEL A. NELLONS,<br><br>  *Plaintiff*,<br><br>v.<br><br>MEDICREDIT, INC.,<br><br>  *Defendant*. | CIVIL ACTION<br><br>Case No. 0:19-cv-62156-RS |

## DEFENDANT'S WITNESS LIST

Medicredit, Inc. ("Medicredit" or "Defendant"), through its undersigned counsel, submits the following list containing the names and addresses of all fact witnesses it intends to call at trial, other than witnesses to be used solely for the purposes of impeachment or rebuttal, as follows::

**MAY CALL:**

1. Plaintiff Michael A. Nellons, 2329 NW 14th St., Fort Lauderdale, FL 33311. If called, testimony is expected to last 30 minutes.

2. A corporate representative of Medicredit, to be contacted through undersigned counsel. If called, testimony is expected to last 1 hour.

3. Any persons listed by Plaintiff on his witness list. If called, testimony is expected to last 30 minutes.

Respectfully submitted,

*s/ Scott A. Richards*
Scott A. Richards, Esq.
Florida Bar No. 72657
CARLTON FIELDS, P.A.
200 South Orange Avenue, Suite 1000
Orlando, FL 32801

120149074.1

                        Telephone:  (407) 244-8226
                        Facsimile:  (407) 648-9099
                        Email:  SRichards@carltonfields.com

*Attorneys for Medicredit, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on **November 1, 2019**, I served a copy of the above notice on all parties via email and via US mail on the following:

Michael A. Nellons, *pro se*
2329 NW 14th Street
Fort Lauderdale, FL 33311
Via U.S. Mail

                        Respectfully submitted,

                        *s/ Scott A. Richards*
                        Scott A. Richards
                        Florida Bar No. 72657